IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00175-ZLW-MEH

DAVIS AUDIO VISUAL, LLC,

    Plaintiff,

v.

RICHARD GREER,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 13, 2009.**

    The Motion for Entry of Stipulation and Protective Order [filed March 12, 2009; docket #18] is **denied without prejudice**, and the proposed Stipulation and Protective Order is refused. The parties are granted leave to submit a revised proposed protective order consistent with *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382 (D. Colo. 2000), in which the Court requires a mechanism by which the parties may challenge the designation of information as confidential and sets forth the appropriate burdens of the parties. *See id.* at 388-89.