IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00175-ZLW-MEH

DAVIS AUDIO VISUAL, LLC,

    Plaintiff,

v.

RICHARD GREER,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 19, 2009.**

    Plaintiff's unopposed Renewed Motion for Protective Order and Stipulation [filed March 17, 2009; docket #22] is **granted**. The Protective Order and Stipulation is filed contemporaneously with this minute order.