IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00175-ZLW-MEH

DAVIS AUDIO VISUAL, LLC,

    Plaintiff,

v.

RICHARD GREER,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 22, 2009.**

    Pending before the Court is Defendant's Motion to File Sur-Reply Re: Motion for Extension of Time to Add New Parties [filed June 19, 2009; docket #49]. Plaintiff shall respond to Defendant's Motion on or before Tuesday, **June 23, 2009**. The Court reminds the parties that they should be prepared to discuss the pending Motion to Extend Deadline for Joinder of Parties and Amendment of Pleadings [filed May 14, 2009; docket #41] at the Telephonic Status Conference set for Thursday, June 25, 2009, at 9:45 a.m.