IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| **Civil Action No.**   09-cv-00175-ZLW-MEH | **FTR – Courtroom C203** |
| **Date:**  June 25, 2009 | Cathy Coomes, Courtroom Deputy |

DAVIS AUDIO VISUAL, LLC,                                    Barry Boughman
                                                                              Steven Feder

      Plaintiff,

v.

RICHARD GREER,                                                   Jack Tanner

      Defendant,

EVENT TECHNOLOGY SERVICES, LLC,            Douglas Bracken

      Interested Party.

---

## COURTROOM MINUTES/MINUTE ORDER

---

**TELEPHONIC STATUS CONFERENCE**

**Court in session:**        9:50 a.m.

The Court calls case.  Appearances of counsel by telephone.

Discussion regarding the status of the production of documents.

**ORDERED:**   1.        Counsel shall submit a proposed Protective Order by close of business on **July 3, 2009,**

2.        Mr. Bracken shall submit the privilege log by close of business on **July 3, 2009,** and the documents shall be produced by **July 17, 2009.**

Discussion and argument regarding Plaintiff's Motion to Extend Deadline for Joinder of Parties and Amendment of Pleadings (Doc. #41, filed 5/14/09) and Defendant's Motion to File Sur-Reply Re: Motion for Extension of Time to Add New Parties (Doc. #49, filed 6/19/09).

**ORDERED:**   1.        Plaintiff's Motion to Extend Deadline for Joinder of Parties and Amendment of Pleadings (Doc. #41, filed 5/14/09) is GRANTED.  The deadline for Joinder of Parties and Amendment of Pleadings is extended to **July 31, 2009.**

2.      Defendant's Motion to File Sur-Reply Re: Motion for Extension of Time to Add New Parties (Doc. #49, filed 6/19/09) is GRANTED.

**Court in recess:**      10:20 a.m.      (Hearing concluded)
Total time in court:   0:30