IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00175-ZLW-MEH

DAVIS AUDIO VISUAL, LLC,

        Plaintiff,

v.

RICHARD GREER,

        Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 20, 2009.**

        Defendant's Motion to Enter Stipulation and Amended Protective Order [filed July 15, 2009; docket #56] is **granted**.  The Stipulation and Amended Protective Order is accepted and entered contemporaneously with this minute order.