IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 09-cv-00175-ZLW-MEH

DAVIS AUDIO VISUAL, LLC,

    Plaintiff,

v.

RICHARD GREER,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Dated: October __26__, 2009

    It is ORDERED that Defendant's Motion To Allow Telephonic Participation By Out-Of-State Defendant At Hearing On October 28, 2009 (Doc. No. 68) is granted, over objection. Mr. Greer is directed to call Chambers (303-844-2784) at 1:55 p.m. on Wednesday, October 28, 2009. Mr. Greer is directed to use a land line; no cellular, cordless, or speaker phones are permitted.