IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 09-cv-00175-ZLW-MEH

DAVIS AUDIO VISUAL, LLC,

     Plaintiff,

v.

RICHARD GREER,

     Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Dated: November ___3___, 2009


     It is ORDERED that Defendant's Unopposed Motion To Allow Telephonic Participation By Out-Of-State Defendant At Hearing Continued From October 28, 2009 To November 3, 2009 (Doc. No. 73) is granted.  The Court notes that the motion is mis-titled in that the hearing has been continued to November 4, 2009, not November 3, 2009.  Mr. Greer is directed to call Chambers (303-844-2784) at 1:55 p.m. on Wednesday, November 4, 2009.  Mr. Greer is directed to use a land line; no cellular, cordless, or speaker phones are permitted.